Michael B. JACKSON *v.* STATE of Arkansas

709 S.W.2d 400

Supreme Court of Arkansas
Opinion delivered May 5, 1986

*Patrick H. Hays,* for appellant.

No objection.

PER CURIAM. Appellant, Michael B. Jackson, by his attorney, has filed for a rule on the clerk.

His attorney, Donald K. Campbell, III, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.

Purtle, J., not participating.